People ex rel. Lee v Commissioner of the N.Y. City Dept. of Corr. (2026 NY Slip Op 00607)

People ex rel. Lee v Commissioner of the N.Y. City Dept. of Corr.

2026 NY Slip Op 00607

Decided on February 9, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 9, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
BARRY E. WARHIT
LAURENCE L. LOVE
SUSAN QUIRK, JJ.

2026-01137

[*1]The People of the State of New York, ex rel. Howard D. Lee, on behalf of Lianu Luis Delgado, petitioner,
vCommissioner of the New York City Department of Corrections, et al., respondents.

Howard D. Lee, Brooklyn, NY, petitioner pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Holly C. Jordan, Nancy Fitzpatrick Talcott, and Johnnette Traill of counsel), respondent pro se and for respondent Commissioner of the New York City Department of Corrections.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Lianu Luis Delgado upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 74407/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
GENOVESI, J.P., WARHIT, LOVE and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court